JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CORREY MITCHELL,

            Petitioner,

       v.

TRENT ALLEN, Warden,

           Respondent.

) Case No. CV 23-3241-CAS (JPR)
)
)
) **J U D G M E N T**
)
)
)
)
)
)

    Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: May 15, 2023                                 
                                 CHRISTINA A. SNYDER
                                 U.S. DISTRICT JUDGE